NO. _____

| | | |
|---|---|---|
| RUSSELL ROBINSON | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

SEP 24 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the following:

1. The style and appeal number in the Waco Court of Appeals is:

Russell Robinson v. The State of Texas, Appeal No. 10-14-00231-CR.

2. The Appellant/Petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3.     The facts relied upon to show good cause for this request are, as follows: **The Appellant is indigent and incarcerated and does not have access to a photo copier.**  Also, the Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

**WHEREFORE, PREMISES CONSIDERED,** the Appellant/Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

**Respectfully submitted,**

X _____
**RUSSELL ROBINSON**
**TDCJ #01941253**
**Mark W. Michael Unit**
**2664 F.M. 2054**
**Tennessee Colony, TX  75886**

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney, Appellate Division, Ellis County, 109 S. Jackson Street, Waxahachie, Texas 75165, , and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the __17__ day of __Sep__, 2015.

X _Russell Robinson_____
**Russell Robinson**